UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JESSE MENDOZA,

Plaintiff,

v.

LAMB COUNTY JAIL, et al.,

Defendants.

No. 5:25-CV-268-H

**ORDER**

On July 31, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for want of prosecution in accordance with Federal Rule of Civil Procedure 41(b). Dkt. No. 8. Magistrate Judge Burch also recommended that the Court deny Jesse Mendoza's Motion for Leave to Proceed in Forma Pauperis (Dkt. No. 2). *Id.* at 3. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Mendoza's claims against the defendant are dismissed without prejudice for failure to prosecute.

So ordered on September 18, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE